# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DWAYNE HILL,                              :   No. 57 EM 2017
                                         :
             Petitioner        :
                                         :
                                         :
        v.                      :
                                         :
                                         :
COURT OF COMMON PLEAS                     :
PHILADELPHIA COUNTY,                      :
                                         :
           Respondent        :

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of June, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks an order directing the disposition of Petitioner's pending habeas corpus petition, is **GRANTED**. The Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of Petitioner's pending matter within 90 days. The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.

The Motion to Stay All Trial Court Proceedings Pending Disposition of Writ of Mandamus is **DISMISSED AS MOOT**.